**RECEIVED**

**JUL 11 2025**

DMAP Pro Se: EEOO Complaint

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## United States District Court

Click here to enter text.

_Corey A. LeSueur Sr._

_____

_____

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

_Parker-Hannifin Corporation_

_Donna Flynt_

_Raj Kanniah_

_Mary Graser_

_(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the
space provided, please write "see attached" in the space
above and attach an additional sheet of paper with the full list
of names. The names listed in the above caption must be
identical to those contained in Section I. Do not include
addresses here.)_

Case No. 3:25-CV-202-MPM-JMV
_____
(To be filled out by Clerk's
Office only)

Jury Demand?
☑ Yes
☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should _not_
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include _only_: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

DMAP Pro Se: EEOO Complaint

## I. PARTIES

### Plaintiff

*List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: LeSueur Corey A Sr.
Name (Last, First, MI)

60 Dalton Street
Street Address

Marshall, Potts Camp MS. 38659
County, City        State        Zip Code

(901)858-5320        Calesue81@gmail.Com
Telephone Number        E-mail Address (if available)

### Defendant(s)

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant resides or does business. Make sure that the defendant(s) listed below are identical to those contained in the caption. Attach additional sheets of paper as necessary.*

Defendant 1: Parker-Hannifin Corporation
Name (Last, First)

6035 Packland Blvd
Street Address

Cleveland OH 44124
County, City        State        Zip Code

Nature of business: Parker's Filitration Corporation

Defendant 2: Flynt Donna
Name (Last, First)

805 West Street
Street Address

Marshall, Holly Springs MS. 38635
County, City        State        Zip Code

Nature of business: Civil Suite

Defendant 3:     Raj Kanniah
                 805 West Street
                 Holly Springs Ms. 38635
                 Civil Suite (Discrimination)


Defendant 4:     Fraser Mary
                 805 West Street
                 Holly Springs Ms. 38635
                 Civil Suite (Wrongful Termination)

## II. CAUSE OF ACTION

*Check only the options below that apply in your case.*

This employment discrimination lawsuit is brought under:

☑ **Title VII of the Civil Rights Act of 1964,** as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin.

☐ **Age Discrimination in Employment Act of 1967,** as amended, 29 U.S.C. §§ 621, *et seq.,* for employment discrimination on the basis of age. My year of birth is: _____.

☐ **Rehabilitation Act of 1973,** as amended, 29 U.S.C. §§ 701, *et seq.,* for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

☐ **Americans with Disabilities Act of 1990,** as amended, 42 U.S.C. §§ 12101, *et seq.,* for employment discrimination on the basis of a disability.

☐ Click here to enter text.

This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## III. STATEMENT OF CLAIM

The conduct complained of in this lawsuit involves *(check only those that apply):*

| CLAIM | DATE(S) OF OCCURRENCE | PLACE OF OCCURRENCE |
|---|---|---|
| ☐ failure to hire me | | |
| ☑ termination of my employment | 2/24/2024 10/10/2024 | Parker-Hannifin |
| ☑ failure to promote me | 12/16/2023 | Parker-Hannifin |
| ☐ failure to accommodate my disability | | |
| ☐ terms and conditions of my employment differ from those of similar employees | | |
| ☑ retaliation | 12/16/23, 1/10/24 | Parker-Hannifin |
| ☑ harassment | 12/16/23, 1/10,24 3/17/23, 6/12/23 | Parker-Hannifin |
| ☑ other *(specify below):* Punity Damage | 10/15/23 | Parker-Hannifin |

The conduct of Defendant(s) was discriminatory because it was based on (check only those that apply):

☒ race           ☒ religion       ☐ national origin     ☐ age (year of

☐ color         ☐ sex           ☐ disability         birth:_____

**Facts**

*State here briefly the specific facts that support your claim:*

Im an African American, Raj Kannieh is from India. Raj promoted only whites

Raj Kanniah Religion is Buddism, My religion is Pentacostal Raj Kanniah Stated on his race on believe in Buddism

## IV. ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal or state agency?

☒    Yes *(You must attach a copy of the charge to this complaint.)*

☐    No

Have you received a Notice of Right to Sue from the EEOC?

☒    Yes *(You must attach a copy of the Notice of the Right to Sue.)*

☐    No

## V. RELIEF

The relief I want the court to order is *(check only those that apply)*:

☐    Direct the defendant to hire the plaintiff

☐    Direct the defendant to re-employ the plaintiff

☐    Direct the defendant to promote the plaintiff.

☐    Direct the defendant to reasonably accommodate the plaintiff's religion

☐    Direct the defendant to reasonably accommodate the plaintiff's disabilities

☒    Direct the defendant to *(specify)*:

Direct the defendant to accommodate the plaintiff for lost wages after being terminated and for pain and suffering during retaliation and harassment on the job.

## VI.   CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

07/11/2025
Dated

Plaintiff's Signature

LeSueur Corey A
Printed Name (Last, First, MI)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*